UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

THIHAI YEN TRAN,
Petitioner,
v.
CHRISTOPHER LaROSE; JESUS ROCHA; DAVID VENTURELLA; MARKWAYNE MULLIN; U.S. DEPARTMENT OF HOMELAND SECURITY; TODD BLANCHE; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; and SIRCE E. OWEN,
Respondents.

Case No.: 3:26-cv-5263-JES-GC

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

**[ECF No. 1]**

Before the Court is Petitioner Thihai Yen Tran's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Pursuant to the Court's Order to Show Cause (ECF No. 2), Respondents filed a return and Petitioner filed a traverse. ECF Nos. 4, 5.

Petitioner is a citizen of Vietnam who entered the United States on February 9, 2026, and has remained detained ever since. ECF No. 1 ¶¶ 26-28. In the return, Respondents state: "Taking into consideration those prior rulings [in this District] and the length of time Petitioner has been in custody, the government concedes that this Court should order that Petitioner receive a bond hearing, where the government would bear the burden of proof

of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight." ECF No. 4 at 1-2. The Court agrees, for the reasons set forth in *Sandesh v. LaRose*, No. 26-CV-0846-JES-DDL, 2026 WL 622690 (S.D. Cal. Mar. 5, 2026). The Court incorporates its reasoning in that case by reference here.

Accordingly, the Court **GRANTS** Petitioner's writ of habeas corpus, and **ORDERS** as follows:

(1) The Court **ORDERS** the government to provide the Petitioner (noncitizen) with a constitutionally adequate and individualized bond determination hearing within **fourteen days** of this Order, unless the noncitizen requests a continuance.

a. At the hearing, the government **SHALL BEAR** the burden of establishing by clear and convincing evidence that the noncitizen is a danger to the community or a flight risk if released;

b. The IJ **SHALL** consider alternative conditions of release and the noncitizen's ability to pay bond if he or she determines bond is appropriate; and

c. The government **SHALL** make a complete record of the bond hearing available to the non-citizen and his counsel.

(2) The government is **ORDERED** to File a Notice of Compliance within **five days** of providing the noncitizen with the bond hearing, including apprising the Court of the results of the hearing and providing a copy of the bond order.

The Clerk of Court is **ORDERED** to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: September 30, 2026

Honorable James E. Simmons Jr.
United States District Judge